**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7233**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID BELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CR-93-370, CA-97-1575-7)

———————

Submitted:  January 30, 1998              Decided:  May 5, 1998

———————

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Bell, Appellant Pro Se.  David Clahoun Stephens, Assistant
United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Bell</u>, Nos. CR-93-370; CA-97-1575-7 (D.S.C. July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2